UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 22-545 |
| v. | : | |
| PERTH DE | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Garrett Schuman, (Garrett.Schuman@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

*Garrett Schuman*
By: Garrett Schuman
Assistant U.S. Attorney

Dated:   January 17, 2023